SOFIAN DAWOOD, CA Bar No. 250363
sofiandawood@dawoodlaw.com
LAW OFFICES OF SOFIAN SOLOMON DAWOOD
Mailing Address:
PO Box 27377, Fresno, CA 93729
334 W. Shaw Ave., A
Fresno, CA 93704
Telephone: (559) 797-4240
Facsimile:  (559) 412-2873

Attorney for Plaintiff SARA AKMAL


LESLIE H. HELMER, CA Bar No. 150296
leslie.helmer@ogletree.com
GINA M. TETORAKIS, CA Bar No. 311346
gina.tetorakis@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:     213-239-9800
Facsimile:     213-239-9045

Attorneys for Defendant
WALGREEN CO. (erroneously sued as "WALGREENS COMPANY")

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA AKMAL, an individual<br><br>Plaintiff,<br><br>v.<br><br>WALGREENS COMPANY, and 1-45 Does<br><br>Defendants. | Case No. 1:20-cv-01015-DAD-SKO<br><br>**ORDER GRANTING THE PARTIES' JOINT STIPULATION TO CONTINUE DISCOVERY-RELATED DEADLINES AND SETTING TRIAL DATE**<br><br>(Doc. 39)<br><br>Removal Date:   July 22, 2020<br>Complaint Filed: June 17, 2020<br>District Judge:   Hon. Dale A. Drozd<br>                 Courtroom 5, Fresno<br>Magistrate Judge: Hon. Sheila K. Oberto<br>                 Courtroom 7, Fresno |

Based upon the parties' Joint Stipulation to Continue Discovery-Related Deadlines (Doc 39), and good cause appearing (*see* Fed. R. Civ. P. 16(b)(4)), IT IS HEREBY ORDERED that the current case schedule is MODIFIED as follows:

1. The Non-Expert Discovery Deadline, currently set for June 30, 2022, shall be continued to September 30, 2022;

2. The Expert Disclosures Deadline, currently set for July 30, 2022, shall be continued to October 28, 2022;

3. The Rebuttal Expert Disclosures Deadline, currently set for August 29, 2022, shall be continued to November 30, 2022;

4. The Expert Discovery Deadline, currently set for October 30, 2022, shall be continued to December 30, 2022;

5. The Deadline for Filing Non-Dispositive Motions, currently set for November 25, 2022, shall be continued to January 6, 2023;[1]

6. The Hearing Deadline for Non-Dispositive Motions, currently set for December 28, 2022, shall be continued to February 15, 2023;

7. The Deadline for Filing Dispositive Motions, currently set for November 25, 2022, shall be continued to January 6, 2023;

8. The Pre-Trial Conference, currently set for February 27, 2023, shall be continued to April 17, 2023, at 2:30 p.m.[2]

The Court further SETS a trial in this case for June 27, 2023, at 8:30 a.m., in Courtroom 5 before the Honorable Dale A. Drozd, United States District Judge.

IT IS SO ORDERED.

Dated:   **June 21, 2022**                    /s/ *Sheila K. Oberto*
                                                              UNITED STATES MAGISTRATE JUDGE

---

[1] The Court, on its own motion, continues the motion-related deadlines to after the close of all discovery.
[2] The Court continues the pretrial conference to allow adequate time for the Court to rule on the parties' dispositive motions.