SOFIAN DAWOOD, CA Bar No. 250363
sofiandawood@dawoodlaw.com
LAW OFFICES OF SOFIAN SOLOMON DAWOOD
Mailing Address:
PO Box 27377, Fresno, CA 93729
334 W. Shaw Ave., A
Fresno, CA 93704
Telephone: (559) 797-4240
Facsimile:  (559) 412-2873

Attorney for Plaintiff SARA AKMAL


LESLIE H. HELMER, CA Bar No. 150296
leslie.helmer@ogletree.com
GINA M. TETORAKIS, CA Bar No. 311346
gina.tetorakis@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:    213-239-9800
Facsimile:    213-239-9045

Attorneys for Defendant
WALGREEN CO. (erroneously sued as "WALGREENS COMPANY")

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA AKMAL, an individual<br><br>   Plaintiff,<br><br>   v.<br><br>WALGREENS COMPANY, and 1-45 Does<br><br>   Defendants. | Case No. 1:20-cv-01015-ADA-SKO<br><br>**ORDER GRANTING THE PARTIES' JOINT STIPULATION TO CONTINUE DISCOVERY-RELATED AND MOTION DEADLINES**<br><br>(Doc. 44)<br><br>Removal Date:     July 22, 2020<br>Complaint Filed:  June 17, 2020<br>Trial Date:       June 27, 2023<br>District Judge:   Hon. Ana de Alba<br>                  Courtroom 1, Fresno<br>Magistrate Judge: Hon. Sheila K. Oberto<br>                  Courtroom 7, Fresno |

Based upon the parties' Joint Stipulation to Continue Discovery-Related and Motion Deadlines (Doc. 44), and good cause appearing, *see* Fed. R. Civ. P. 16(b)(4), IT IS HEREBY ORDERED that the current case schedule is MODIFIED as follows:

1. The Non-Expert Discovery Deadline, currently set for September 30, 2022, shall be continued to October 28, 2022;

2. The Expert Disclosures Deadline, currently set for October 28, 2022, shall be continued to November 28, 2022;

2. The Rebuttal Expert Disclosures Deadline, currently set for November 30, 2022, shall be continued to December 30, 2022;

3. The Expert Discovery Deadline, currently set for December 30, 2022, shall be continued to January 30, 2023;

4. The Non-Dispositive Motion Filing Deadline, currently set for January 6, 2023, shall be continued to February 6, 2023;

5. The Deadline for Hearing Non-Dispositive Motions, currently set for February 15, 2023, shall be continued to March 15, 2023;

6. The Dispositive Motion Filing Deadline, currently set for January 6, 2023, shall be continued to February 6, 2023;

7. The Pre-Trial Conference, current set for April 17, 2023, shall be continued to May 15, 2023, at 1:30 p.m., before the Honorable Ana de Alba, United States District Judge;[1]

8. The trial, currently set for June 27, 2023, shall be continued to July 11, 2023, at 8:30 a.m., in Courtroom 1 before District Judge de Alba.

IT IS SO ORDERED.

Dated:   **August 30, 2022**          /s/ *Sheila K. Oberto*
                                     UNITED STATES MAGISTRATE JUDGE

---

[1] The Court, on its own motion, continues the pretrial conference and trial to allow adequate time for the Court to rule on the parties' dispositive motions and to permit the parties sufficient time to prepare their pretrial submissions and for trial.

20cv1015.o.Akmal.
5th.Stip.Mod.Sch.O

1                                            Case No. 1:20-cv-01015-ADA-SKO
ORDER GRANTING THE PARTIES' JOINT STIPULATION TO
CONTINUE DISCOVERY-RELATED AND MOTION DEADLINES

52694738.v1-OGLETREE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

20cv1015.o.Akmal.
5th.Stip.Mod.Sch.O

2          Case No. 1:20-cv-01015-ADA-SKO
ORDER GRANTING THE PARTIES' JOINT STIPULATION TO
CONTINUE DISCOVERY-RELATED AND MOTION DEADLINES