SOFIAN DAWOOD, CA Bar No. 250363
sofiandawood@dawoodlaw.com
LAW OFFICES OF SOFIAN SOLOMON DAWOOD
Mailing Address:
PO Box 27377, Fresno, CA 93729
334 W. Shaw Ave., A
Fresno, CA 93704
Telephone: (559) 797-4240
Facsimile:  (559) 412-2873

Attorney for Plaintiff SARA AKMAL


LESLIE H. HELMER, CA Bar No. 150296
leslie.helmer@ogletree.com
GINA M. TETORAKIS, CA Bar No. 311346
gina.tetorakis@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:     213-239-9800
Facsimile:      213-239-9045

Attorneys for Defendant
WALGREEN CO. (erroneously sued as "WALGREENS COMPANY")

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA AKMAL, an individual<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WALGREENS COMPANY, and 1-45 Does<br><br>　　　　　Defendants. | Case No. 1:20-cv-01015-ADA-SKO<br><br>**ORDER GRANTING THE PARTIES' JOINT STIPULATION TO RESCHEDULE THE PRE-SETTLEMENT TELEPHONIC CONFERENCE**<br><br>(Doc. 45)<br><br>Removal Date:　July 22, 2020<br>Complaint Filed: June 17, 2020<br>District Judge:　Hon. Ana de Alba<br>　　　　　　　　Courtroom 1, Fresno<br>Magistrate Judge: Hon. Sheila K. Oberto<br>　　　　　　　　Courtroom 7, Fresno |

Case No. 1:20-cv-01015-ADA-SKO
ORDER GRANTING THE PARTIES' JOINT STIPULATION TO
RESCHEDULE THE PRE-SETTLEMENT TELEPHONIC CONFERENCE

20cv1015.o.Akmal.Stip.Advance.Pre-

Based upon the parties' Joint Stipulation to Reschedule the Pre-Settlement Telephonic Conference, and good cause appearing,

IT IS HEREBY ORDERED that the Pre-Settlement Telephonic Conference, currently set for October 20, 2022, is advanced to October 18, 2022, at 4:00 p.m.

IT IS SO ORDERED.

Dated:  **August 30, 2022**                    /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE

20cv1015.o.Akmal.Stip.Advance.Pre-

1                    Case No. 1:20-cv-01015-ADA-SKO
ORDER GRANTING THE PARTIES' JOINT STIPULATION TO
RESCHEDULE THE PRE-SETTLEMENT TELEPHONIC CONFERENCE

52327453.v1-OGLETREE